UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  24-24735-CV-WILLIAMS

**OSCAR HERRERA**,

    Plaintiff,

vs.

**GROVE INK LLC, d/b/a AMAL, a foreign limited liability company**,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff OSCAR HERRERA, through undersigned counsel, and Defendant GROVE INK LLC d/b/a AMAL, through undersigned counsel, hereby give notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow them to finalize their settlement agreement and to submit the dismissal document to dismiss this case with prejudice.

Dated:  January 6, 2025.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 6355 N.W. 36th Street Suite 307 |
| Sunrise, FL 33351 | Virginia Gardens, FL 33166 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: Duranandassociates@gmail.com |
| | |
| By:  *s/ Roderick V. Hannah* | By:  *s/ Pelayo M. Duran* |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Counsel for Defendant
100 SE Second Street, Suite 2100
Miami, Florida  33131
(305) 374-4400
Sergio.casiano@wilsonelser.com
Shawna.biggs@wilsonelser.com


**By:** */s/ Sergio R. Casiano, Jr.*
SERGIO R. CASIANO, JR.
Fla. Bar No. 457302
SHAWNA C. BIGGS
Fla. Bar No. 1026407