UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  24-24735-CV-WILLIAMS

**OSCAR HERRERA**,

    Plaintiff,

vs.

**GROVE INK LLC, d/b/a AMAL, a foreign limited liability company**,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff OSCAR HERRERA, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated:  March 7, 2025.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 6355 N.W. 36th Street, Suite 307 |
| Sunrise, FL 33351 | Virginia Gardens, FL 33166 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of March, 2025, a true and correct of the foregoing was electronically filed and served via e-mail and transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List:

Sergio R. Casiano, Jr., Esq.
Shawna C. Biggs, Esq.
WILSON ELSER, MOSKOWITZ, EDELMAN
 & DICKER LLP
100 SE Second Street, Suite 2100
Miami, FL  33131
(305 374-4400
Sergio.casiano@wilsonelser.com
Shawna.biggs@wilsonelser.com

*Attorneys for Defendant*
*GROVE INK LLC d/b/a AMAL*

                                        */s/ Roderick V. Hannah*
                                          Roderick V. Hannah